UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:21-CR-00168(1)-ADA |
| | § | |
| (1) WALTER EDWARD FRANKLIN | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  April 14, 2025 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) WALTER EDWARD FRANKLIN, which alleged that Franklin violated a condition of his supervised release and recommended that Franklin 's supervised release be revoked (Clerk's  Document No. 56).  A warrant issued and Franklin was arrested.  On June 4, 2025, Franklin appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Franklin appeared before the magistrate judge on July 1, 2025, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on July 1, 2025, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and

the intervening conduct of Franklin, the magistrate judge recommends that this court

revoke Franklin supervised release and that Franklin be sentenced to TIME SERVED,

with a term of TWELVE (12) months of supervised release to follow, and that he be

given credit for the time he has been in federal custody. **IT IS FURTHER**

**RECOMMENDED** that all of the original terms of Defendant's supervised release are to

remain in place, along with the following additional conditions: alcohol treatment as

determined appropriate by the probation officer and abstention of alcohol (Clerk's

Document No. 71).

A party may serve and file specific, written objections to the proposed findings

and recommendations of a magistrate judge within fourteen days after being served

with a copy of the report and recommendation, and thereby secure a *de novo* review by

the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to

timely file written objections to the proposed findings, conclusions, and recommendation

in a report and recommendation bars that party, except upon grounds of plain error, from

attacking on appeal the unobjected-to proposed factual findings and legal conclusions

accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th

Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences

of a failure to file objections.

On July 1, 2025, following the hearing on the motion to revoke supervised

release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To

Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No.

70). The court, having reviewed the entire record and finding no plain error, accepts

and adopts the report and recommendation filed in this cause.

  **IT IS THEREFORE ORDERED** that the Report and Recommendation of the

United States Magistrate Judge filed in this cause (Clerk's Document No. 71 ) is

hereby ACCEPTED AND ADOPTED by this court.

  **IT IS FURTHER ORDERED** that Defendant (1) WALTER EDWARD

FRANKLIN 's term of supervised release is hereby REVOKED.

  **IT IS FURTHER ORDERED** that Defendant (1) WALTER EDWARD

FRANKLIN be sentenced to TIME SERVED with a term of supervised release of TWELVE

(12) months to follow the sentence, and that he be given credit for the time he has been in federal

custody.

  **IT IS FURTHER ORDERED** that all of the original terms of Defendant's

supervised release are to remain in place, along with the following additional conditions: alcohol

treatment as determined appropriate by the probation officer and abstention of alcohol.

  Signed this 2nd day of July, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE